FORM 8A. Entry of Appearance                                              Form 8A (p.1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-_____

**Short Case Caption:** Apple Inc. v. International Trade Commission

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | |
|---|---|
| Apple Inc. | |
| **Principal Counsel:** Mark D. Selwyn | **Admission Date:** 01/28/2004 |
| **Firm/Agency/Org.:** Wilmer Cutler Pickering Hale and Dorr LLP | |
| **Address:** 2600 El Camino Real, Suite 400, Palo Alto, CA 94306 | |
| **Phone:** (650) 858-6000 | **Email:** Mark.Selwyn@wilmerhale.com |
| **Other Counsel:** Joseph J. Mueller | **Admission Date:** 08/27/2001 |
| **Firm/Agency/Org.:** Wilmer Cutler Pickering Hale and Dorr LLP | |
| **Address:** 60 State Street, Boston, MA 02109 | |
| **Phone:** (617) 526-6000 | **Email:** Joseph.Mueller@wilmerhale.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 12/26/23                    Signature: /s/ Mark D. Selwyn

                                  Name:      Mark D. Selwyn

**FORM 8A. Entry of Appearance** — Form 8A (p.2) July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Sarah R. Frazier | Admission Date: 04/02/2013 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | |
| Address: 60 State Street, Boston, MA 02109 | |
| Phone: (617) 526-6000 | Email: Sarah.Frazier@wilmerhale.com |
| **Other Counsel:** Thomas G. Sprankling | Admission Date: 05/22/2014 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | |
| Address: 2600 El Camino Real, Suite 400, Palo Alto, CA 94306 | |
| Phone: (650) 858-6000 | Email: Thomas.Sprankling@wilmerhale.com |
| **Other Counsel:** David P. Yin | Admission Date: 06/09/2016 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | |
| Address: 2100 Pennsylvania Avenue NW, Washington DC 20037 | |
| Phone: (202) 663-6000 | Email: David.Yin@wilmerhale.com |
| **Other Counsel:** Derek Gosma | Admission Date: 07/09/2020 |
| Firm/Agency/Org.: Wilmer Cutler Pickering Hale and Dorr LLP | |
| Address: 350 S. Grand Avenue, Suite 2400, Los Angeles, CA 90071 | |
| Phone: (213) 443-5300 | Email: Derek.Gosma@wilmerhale.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |