FORM 9A. Notice of Related Case Information | Form 9A (p. 1) March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-____

**Short Case Caption** Apple Inc. v. International Trade Commission

**Filing Party/Entity** Apple Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Apple Inc. v. Masimo Corporation, No. 1:22-cv-01378 (D. Del.)
Apple Inc. v. Masimo Corporation, IPR2022-01273 (P.T.A.B.)
Apple Inc. v. Masimo Corporation, IPR2022-01274 (P.T.A.B.)
Apple Inc. v. Masimo Corporation, IPR2022-01275 (P.T.A.B.)
Apple Inc. v. Masimo Corporation, IPR2022-01276 (P.T.A.B.)

☐   Additional pages attached

**FORM 9A. Notice of Related Case Information**  Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Apple Inc.
> Masimo Corporation
> Sound United, LLC
> Cercacor Laboratories, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> WILMER CUTLER PICKERING HALE AND DORR LLP: Mark A. Ford, Leon B. Greenfield, Jennifer Milici, Dominic Vote, Lydia Turnage, Lauren Ige, Cristina Salcedo, Vinita Ferrera, Heath Brooks, John O'Toole
> POTTER ANDERSON & CORROON, LLP: David Ellis Moore, Bindu Ann George Palapura, Andrew L. Brown
> DESMARAIS LLP: Eli Balsam, Paul A. Bondor, David J. Cho, Taeg Sang Cho, Kyle Curry, John M. Desmarais, Christian Dorman, Raymond N. Habbaz, Jamie L. Kringstein, Kerri-Ann Limbeek, Benjamin N. Luehrs, Peter C. Magic, Cosmin Maier, Jordan N. Malz, Lee Matalon, Carson Olsheski, Patrick Reilly, Jeffrey S. Seddon, II, David J. Shaw, Maria Tartakovsky, Amy I. Wann, Marie Weisfeiler, Joze Welsh
> PHILLIPS, MCLAUGHLIN & HALL, P.A.: Megan C. Haney, John C. Phillips, Jr.
> KNOBBE, MARTENS, OLSON, & BEAR, LLP: Jared C. Bunker, Brian C. Claassen, Justin J. Gillett, Brian C. Horne, Baraa Kahf, Benjamin A. Katzenellenbogen, Jarom D. Kesler, Stephen W. Larson, Irfan A. Lateef, Mark Lezama, Kendall M. Loebbaka, Raymond Lu, Perry D. Oldham, Jacob L. Peterson, Matthew Pham, Carol M. Pitzel Cruz, Adam B. Powell, Joseph R. Re, Ben K. Shiroma, Douglas B. Wentzel, Logan P. Young, Marko R. Zoretic, Nicholas M. Zovko, Andrea Lynn Cheek, Stephen C. Jensen
> FISH & RICHARDSON P.C.: Gretchen DeVries, Hyun Jin In, Grace Kim, Andrew B. Patrick, W. Karl Renner, Daniel D. Smith
> WALKER STEVENS CANNOM: Bethany Marvin Stevens, Hannah Lynn Cannom

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/26/2023    Signature: /s/ Mark D. Selwyn

Name: Mark D. Selwyn