FORM 9A. Notice of Related Case Information                                Form 9A (p. 1)
                                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-1285

**Short Case Caption** Apple Inc. v. ITC

**Filing Party/Entity** Intervenors Masimo Corporation and Cercacor Laboratories, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Apple Inc. v. Masimo Corporation et al., 1:22-cv-01378-MN (D. Del)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information     Form 9A (p. 2)
     March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Apple Inc.
> Masimo Corporation
> Cercacor Laboratories, Inc.
> Sound United, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> KNOBBE, MARTENS, OLSON & BEAR, LLP: Jared C. Bunker, Brian C. Claassen, Justin J. Gillett, Brian C. Horne, Baraa Kahf, Benjamin A. Katzenellenbogen, Jarom D. Kesler, Stephen W. Larson, Irfan A. Lateef, Mark Lezama, Kendall M. Loebbaka, Raymond Lu, Perry D. Oldham, Jacob L. Peterson, Matthew Pham, Carol Pitzel Cruz, Adam B. Powell, Joseph R. Re, Ben K. Shiroma, Douglas B. Wentzel, Logan P. Young, Marko R. Zoretic, Nicholas M. Zovko, Andrea Lynn Cheek, Stephen C. Jensen
>
> (See attachment)

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/26/2023     Signature: /s/ Joseph R. Re

     Name: Joseph R. Re

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

# NOTICE OF RELATED CASE INFORMATION

# ATTACHMENT

**3.** Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).  (Cont.)

PHILLIPS, MCLAUGHLIN & HALL, P.A.:  Megan C. Haney, John C. Phillips, Jr.

WILMER CUTLER PIKCERING HALE AND DORR LLP:  Mark A. Ford, Leon B. Greenfield, Jennifer Milici, Dominic Vote, Lydia Turnage, Lauren Ige, Cristina Salcedo, Vinita Ferrera, Heath Brooks, John O'Toole

POTTER ANDERSON & CORROON, LLP:  David Ellis Moore, Bindu Ann George Palapura, Andrew L. Brown

DESMARAIS LLP:  Eli Balsalm, Paul A. Bondor, David J. Cho, Taeg Sang Cho, Kyle Curry, John M. Desmarais, Christian Dorman, Lee Matalon, Carson Olsheshki, Patrick Reilly, Jeffrey S. Seddon, II, David J. Shaw, Maria Tartakovsky, Amy I. Wann, Marie Weisfeiler, Joze Welsh