NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

2024-1285

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

**ON MOTION**

PER CURIAM.

**O R D E R**

Apple Inc. submits a motion to stay, pending appeal, the International Trade Commission's limited exclusion order and cease-and-desist order ("the Remedial Orders") and moves for an interim stay of the Remedial Orders pending a ruling on the motion to stay. The Commission opposes and "respectfully requests a five-day extension from January 5, 2024, to January 10, 2024, to file its

response" to the motion for a stay pending appeal. ECF No. 10 at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an interim stay is granted to the extent that the Remedial Orders are temporarily stayed and the government is directed not to enforce the Remedial Orders until further notice while the court considers the motion for a stay pending appeal.

(2) While the interim stay is in effect, Apple must comply with the same bond requirements set forth by the Commission in the Remedial Orders governing the Presidential Review Period.

(3) The Commission's request for a five-day extension, from January 5, 2024, to January 10, 2024, is granted. Opposition to the motion to stay pending appeal is due no later than January 10, 2024, and any reply in support is due no later than January 15, 2024.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court