NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

2024-1285

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

**ON MOTION**

**O R D E R**

Upon consideration of Masimo Corporation and Cercacor Laboratories, Inc.'s unopposed motion to intervene,

IT IS ORDERED THAT:

The motion is granted, and the official caption is revised as reflected in this order. The intervenors' opposition to Apple Inc.'s motion for a stay pending appeal is due no later than January 10, 2024.

FOR THE COURT

December 27, 2023
Date

Jarrett B. Perlow
Clerk of Court