No. 24-1285

IN THE

# United States Court of Appeals
### FOR THE FEDERAL CIRCUIT

———————

APPLE INC.,

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee,*

MASIMO CORPORATION, CERCACOR LABORATORIES, INC.

*Intervenors.*

Appeal from the United States International Trade Commission
in Investigation No. 337-TA-1276

## MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S NOTICE OF PHYSICAL FILING

Jonathan E. Bachand
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Avenue N.W.
Suite 900
Washington, DC 20006
(202) 640-6400

Joseph R. Re
  *Principal counsel*
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Claassen
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

*Counsel for Intervenors
Masimo Corporation and Cercacor
Laboratories, Inc.*

January 10, 2024

Pursuant to Federal Circuit Rule 25(c)(1)(B), Intervenors Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby submit a USB drive containing video Exhibits 11, 49, and 54 to the Declaration of Joseph R. Re in Support of Masimo's Opposition to Appellant Apple Inc.'s Emergency Motion to Stay Enforcement of ITC's Orders Pending Review.

                              KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 10, 2024    By: /s/ *Joseph R. Re*
                                       Joseph R. Re
                                       Stephen C. Jensen
                                       Sheila N. Swaroop
                                       Brian C. Claassen
                                       Jonathan E. Bachand

                                       *Counsel for Intervenors*
                                       *Masimo Corporation and Cercacor*
                                       *Laboratories, Inc.*

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 24-1285

**Short Case Caption** Apple Inc. v. International Trade Commission

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 01/10/2024

by ☐ U.S. Mail   ☐ Hand Delivery   ☐ Email   ☐ Facsimile
   ☑ Other: FedEx Priority Overnight

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Mark D. Selwyn<br>Thomas G. Sprankling | Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400, Palo Alto, CA 94306 |
| Joseph J. Mueller<br>Sarah R. Frazier | Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street, Boston MA 02109 |
| David P. Yin | Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Ave. NW, Washington, DC 20037 |
| Derek Gosma | Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Ave., Suite 2400, Los Angeles, CA 90071 |
| Ronald A. Traud<br>Houda Morad<br>Wayne W. Herrington<br>Michelle Klancnik | U.S. International Trade Commission<br>500 E Street SW, Washington, DC 20436 |

☐    Additional pages attached.

Date: 01/10/2024                  Signature: /s/ Joseph R. Re

                                  Name: Joseph R. Re