FORM 26. Docketing Statement                                                    Form 26 (p. 1)
                                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1285

**Short Case Caption:** Apple Inc. v. ITC

**Filing Party/Entity:** U.S. International Trade Commission

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| ITC | 337-TA-1276 | Administrative |

**Relief sought on appeal:** ☑ None/Not Applicable

Appellant seeks reversal of the Commission's final determination of violation of section 337.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Commission issued a limited exclusion order and a cease and desist order directed to the respondent's infringing products.

**Briefly describe the judgment/order appealed from:**

The Commission determined that the complainants (Intervenors) had shown a violation of section 337 based on Apple's patent infringement.

**Nature of judgment (select one):**           **Date of judgment:** 10/26/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement                              Form 26 (p. 2)
                                                          July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

> The Commission is unaware of any related cases pending before this Court.

Issues to be raised on appeal:  ☐ None/Not Applicable

> The Commission is the Appellee in this appeal and will defend its final determination.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

> As the tribunal below, the Commission has no information as to whether this case may be amenable to mediation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 1/16/24                    Signature: /s/ Ronald A. Traud
                                 Name:      Ronald A. Traud

Save for Filing