# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1285

**Short Case Caption:** Apple Inc. v. ITC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

ACT | The App Association, Chamber of Progress, NetChoice, TechNet

| | | |
|---|---|---|
| **Principal Counsel:** Amanda Tessar | | Admission Date: 04/22/2003 |
| Firm/Agency/Org.: Perkins Coie LLP | | |
| Address: 1900 Sixteenth St., Suite 1400, Denver, CO 80202 | | |
| Phone: 313-291-2357 | Email: ATessar@perkinscoie.com | |
| **Other Counsel:** Tara L. Kurtis | | Admission Date: 01/11/2019 |
| Firm/Agency/Org.: Perkins Coie LLP | | |
| Address: 110 N. Wacker Dr., Suite 3400, Chicago, IL 60606 | | |
| Phone: 312-324-8607 | Email: TKurtis@perkinscoie.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/12/24　　　　　　Signature: /s/Amanda Tessar

　　　　　　　　　　　　Name: Amanda Tessar