No. 24-1285

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC.,

*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee,*

MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,

*Intervenors.*

Appeal from the United States International Trade Commission,
Investigation No. 337-TA-1276

**APPELLEE INTERNATIONAL TRADE COMMISSION'S NOTICE REGARDING ACT | THE APP ASSOCIATION, CHAMBER OF PROGRESS, NETCHOICE, AND TECHNET'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF APPELLANT**

| | |
|---|---|
| DOMINIC L. BIANCHI<br>General Counsel<br>Telephone (202) 205-3061 | RONALD A. TRAUD<br>Attorney Advisor<br>Office of the General Counsel<br>U.S. International Trade Commission |
| WAYNE W. HERRINGTON<br>Assistant General Counsel<br>Telephone (202) 205-3090 | 500 E Street, SW<br>Washington, DC 20436<br>Telephone (202) 205-3427 |

Dated: April 18, 2024

On April 12, 2024, ACT | The App Association; Chamber of Progress; NetChoice; and TechNet moved for leave to file an amicus brief supporting appellant Apple Inc. in this appeal. ECF No. 41. The motion accurately reflected the Commission's position that it would state its position upon receipt of amici's motion. *Id.,* Motion at 1. Having received the motion and brief, the Commission does not oppose and will not be filing a response.

>Respectfully submitted,
>
>/s/ Ronald. A. Traud
>DOMINIC L. BIANCHI
>    General Counsel
>WAYNE W. HERRINGTON
>    Attorney Advisor
>RONALD A. TRAUD
>    Attorney Advisor
>Office of the General Counsel
>U.S. International Trade Commission
>500 E Street, S.W.
>Washington, DC 20436
>Tel:  (202) 205-3427
>Fax:  (202) 205-3111
>ronald.traud@usitc.gov
>
>*Counsel for Appellee*
>*International Trade Commission*

Date:  April 18, 2024

# CERTIFICATE OF SERVICE

I, Ronald A. Traud, hereby certify that, on this 18th day of April 2024, I caused a copy of the foregoing **Appellee International Trade Commission's Notice Regarding Act | The App Association, Chamber of Progress, NetChoice, and TechNet's Motion for Leave to File Brief as Amici Curiae in Support of Appellant**, to be served on counsel of record via the Court's CM/ECF system.

*/s/ Ronald A. Traud*
Ronald A. Traud
Attorney Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, S.W.
Washington, DC 20436
Tel: (202) 205-3427
Fax: (202) 205-3111
ronald.traud@usitc.gov

*Counsel for Appellee*
*International Trade Commission*