NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**ON MOTION**

---

**O R D E R**

The International Trade Commission and intervenors (Masimo Corporation and Cercacor Laboratories, Inc.) jointly move for a 44-day extension of time, until June 28, 2024, to file the response briefs. Apple Inc. states that it "does not oppose the extension" "as a professional courtesy"

and "in the interest of ensuring all sides have the necessary time to fully brief the issues." ECF No. 47 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 8, 2024
Date

Jarrett B. Perlow
Clerk of Court