NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**ON MOTION**

---

Before DYK, *Circuit Judge*.

**O R D E R**

ACT | The App Association, Chamber of Progress, NetChoice, and TechNet (collectively, "App Association") move for leave to file a brief amici curiae in support of Apple Inc. ECF No. 41-1. The International Trade

Commission does not oppose. ECF No. 42 at 2. Masimo Corporation and Cercacor Laboratories, Inc. oppose the motion. ECF No. 43. App Association replies.

The court notes that App Association's amici brief, ECF No. 41-2, does not include a statement of authority to file. *See* Fed. R. App. P. 29(a)(4)(D).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion, ECF No. 41-1, is granted to the extent that, no later than seven days from the date of entry of this order, App Association is directed to file a corrected brief resolving the issue identified in this order.

FOR THE COURT

May 16, 2024
Date

Jarrett B. Perlow
Clerk of Court