No. 2024-1285

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

APPLE INC.,

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee,*

MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,

*Intervenors,*

On Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276

**NOTICE OF CORRECTION TO CONFIDENTIAL AND NON-CONFIDENTIAL BRIEF FOR APPELLANT APPLE INC.**

| | |
|---|---|
| JOSEPH J. MUELLER<br>SARAH R. FRAZIER<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 | MARK D. SELWYN<br>THOMAS G. SPRANKLING<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA  94306<br>(650) 858-6000 |
| DAVID P. YIN<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington DC  20037<br>(202) 663-6000 | DEREK GOSMA<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2400<br>Los Angeles, CA  90071<br>(213) 443-5300 |
| June 3, 2024 | *Attorneys for Appellant Apple Inc.* |

Pursuant to the Practice Note to Federal Circuit Rule 25(i), Appellant Apple Inc. ("Apple") files this Notice of Correction to the Confidential Brief for Appellant Apple Inc. and the Non- Confidential Brief for Appellant Apple Inc., both filed April 5, 2024.

The following corrections are being made:

| Location in Corrected Brief | Revision in Corrected Brief | Changed From |
|---|---|---|
| Volume I Cover, page ii, page 68, Volume II Cover, Certificate of Service, Certificate of Confidential Material, and Certificate of Compliance | June 3, 2024 | April 5, 2024 |
| Volume I of Non-Confidential version, Addendum Pages Appx1-Appx342 | Public version of Final Initial Determination on Violation of Section 337, EDIS Doc ID 789795 (Jan. 10, 2023) | Redacted version of confidential version of Final Initial Determination on Violation of Section 337, EDIS Doc ID 787653 (Jan. 10, 2023) |
| Volume I of Non-Confidential version, Addendum Pages Appx360-Appx483 | Public version of Commission Opinion, EDIS Doc ID 808521 (Nov. 14, 2023) Adds three redactions to Addendum Pages identified by Masimo | Redacted version of confidential version of Commission Opinion, EDIS Doc ID 807050 (Oct. 27, 2023) |
| Volume I of Confidential version, Addendum Page Appx426, n.45, line 2 | Number highlighted | Number not highlighted |

- 2 -

A corrected version of Apple's confidential and non-confidential brief (with the above corrections and the designation "Corrected" on the cover) will be filed herewith electronically. No other changes to the brief have been made.

Respectfully submitted,

/s/ Mark D. Selwyn

| | |
|---|---|
| JOSEPH J. MUELLER<br>SARAH R. FRAZIER<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 | MARK D. SELWYN<br>THOMAS G. SPRANKLING<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA  94306<br>(650) 858-6000 |
| DAVID P. YIN<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington DC  20037<br>(202) 663-6000 | DEREK GOSMA<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 S. Grand Avenue, Suite 2400<br>Los Angeles, CA  90071<br>(213) 443-5300 |
| | *Attorneys for Appellant Apple Inc.* |

June 3, 2024

# CERTIFICATE OF INTEREST

Counsel for Appellant Apple Inc. certifies the following:

**1.     Represented Entities**.  Fed. Cir. R. 47.4(a)(1).  Provide the full names of all entities represented by undersigned counsel in this case.

Apple Inc.

**2.     Real Party in Interest**.  Fed. Cir. R. 47.4(a)(2).  Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.

None.

**3.     Parent Corporations and Stockholders**.  Fed. Cir. R. 47.4(a)(3).  Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

None.

**4.     Legal Representatives**.  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

**WILMER CUTLER PICKERING HALE AND DORR LLP:**  Brittany Blueitt Amadi, Thomas Anderson, James Bor-Zale, Alison Burton, David L. Cavanaugh, Jennifer Charlton (former), Jonathan A. Cox, Ravi Deol, Kim Do, Laura Donovan, Sydney Donovan, Michael Esch (former), Nina Garcia, Richard Goldenberg (former), David Gringer, Vikram Iyer, Brian Jacobsmeyer (former), Julius Jefferson (former), Rauvin Johl, Jennifer John (former), Joshua Lerner, James Lyons, Lauren Mandell, Courtney Merrill, Zach Nemtzow, Henry Nikogosyan, Richard W. O'Neill, Nora Q.E. Passamaneck, Allison Que, David Ross, Cristina Salcedo, Hannah Santasawatkul, Emily Scherker, Michaela P. Sewall, Labdhi Sheth, Linda Sun (former), Jose Valenzuela, Cynthia D. Vreeland, Yifan (Ivan) Wang, Amy K. Wigmore

**FISH & RICHARDSON P.C.:**  Michael Amon, Benjamin Elacqua, Scott Flanz

**GIBSON, DUNN & CRUTCHER LLP:** Brian Andrea (former), David Brzozowski, Mark Lyon (former)

**POLSINELLI LAW FIRM:** Deanna Okum, Sean Wesp

**WEIL, GOTSHAL & MANGES LLP:** Mark Perry

**5. Related Cases**. Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

[X] Yes (file separate notice; see below)   [ ] No   [ ] N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). Please do not duplicate information. This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

Already filed.

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None.

Dated: June 3, 2024

/s/ Mark D. Selwyn
MARK D. SELWYN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
(650) 858-6000