NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**ON MOTION**

---

**O R D E R**

Apple Inc. moves unopposed to seal ECF No. 38 because it "is missing redactions for certain information that Masimo maintains is Confidential Business Information," ECF No. 51 at 2, and submits corrected versions of its

confidential and non-confidential opening brief, ECF Nos. 53 and 54, respectively.

Upon consideration thereof,

IT IS ORDERED THAT:

ECF No. 51 is granted. ECF No. 38 is sealed, and access to it shall be restricted in accordance with Federal Circuit Rule 25.1. ECF Nos. 53 and 54 are accepted for filing as corrected versions of Apple's confidential and nonconfidential opening brief.

FOR THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court