NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Apple Inc.'s unopposed motion for a 14-day extension of time, until August 9, 2024, to file the joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 24, 2024
Date