NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**ON MOTION**

---

**O R D E R**

Apple Inc. submits a motion for the court to "expedite oral argument, setting it on the first available argument calendar," Mot. at 8, stating that the appellee and intervenors "indicated that they oppose," *id.* at 1 n.1.

Upon consideration thereof,

IT IS ORDERED THAT:

Any opposition to the motion is due no later than August 15, 2024. Any reply is due no later than three days after the last filed opposition.

FOR THE COURT

August 8, 2024
Date

Jarrett B. Perlow
Clerk of Court