No. 24-1285

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC.,

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee,*

MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,

*Intervenors.*

Appeal from the United States International Trade Commission
in Investigation No. 337-TA-1276

## INTERVENORS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. STATEMENT OF COMPLIANCE WITH FED. CIR. RULE. 25.1(c)(2)(A)

| | |
|---|---|
| Jonathan E. Bachand<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1717 Pennsylvania Avenue N.W.<br>Suite 900<br>Washington, DC 20006<br>(202) 640-6400 | Joseph R. Re<br>*Principal Counsel*<br>Stephen C. Jensen<br>Sheila N. Swaroop<br>Brian C. Claassen<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404<br><br>*Counsel for Intervenors*<br>*Masimo Corporation and*<br>*Cercacor Laboratories, Inc.* |

Intervenors Masimo Corporation and Cercacor Laboratories, Inc. hereby certify that they have complied with Federal Circuit Rule 25.1(c)(2)(A) in this appeal.

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 12, 2024    By: /s/ *Joseph R. Re*
                                          Joseph R. Re

                                          Counsel for Intervenors
                                          *Masimo Corporation and*
                                          *Cercacor Laboratories, Inc.*