NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Apple Inc. moves to "expedite oral argument, setting it on the first available argument calendar," Mot. at 8. The International Trade Commission and intervenors Masimo

Corporation and Cercacor Laboratories, Inc. oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Oral argument will be scheduled in the normal course.

FOR THE COURT

August 27, 2024                    Jarrett B. Perlow
      Date                             Clerk of Court