**WILMERHALE**

**Joseph J. Mueller**

+1 617 526  6396 (t)
+1 617 526 5000 (f)
joseph.mueller@wilmerhale.com

November 20, 2025

**VIA CM/ECF**

Hon. Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C.  20439

    Re:  *Apple Inc. v. International Trade Commission*, No. 2024-1285
       Notice of Supplemental Authority Pursuant to Fed. R. App. P. 28(j) (argument heard
       July 7, 2025)

Dear Mr. Perlow:

    Apple Inc. writes to notify the Court that, on November 14, 2025, the International Trade Commission issued the attached notice in connection with Inv. No. 337-TA-1276 ("-1276 Investigation") initiating a combined modification and enforcement proceeding to determine whether the "Apple Redesign 2 Watch"—the importation of which the Exclusion Order Enforcement Branch of Customs and Border Patrol found is *not* a violation of the ITC's remedial orders—is in fact within the scope of the ITC's remedial orders.  The Apple Redesign 2 Watch is different from the Apple Watch with the blood oxygen feature that was the subject of the ITC's Final Initial Determination and remedial orders from the -1276 Investigation, the appeal from which is presently pending before this Court.  The Apple Redesign 2 Watch relocates the processing, analysis, and measurement of blood oxygen from Apple Watch to iPhone, and allows users to view blood oxygen results on a separate device—namely, an iPhone—not on Apple Watch.  In the new proceeding, the ITC has stated it will not address any domestic industry arguments from Apple, such that the record relating to the domestic industry requirement remains solely the record presently before this Court.

Respectfully submitted,

*/s/ Joseph J. Mueller*
Joseph J. Mueller

Attachment


cc:    Counsel of Record (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington