NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**SUA SPONTE**

---

Before LOURIE, REYNA, and STARK, *Circuit Judges*.

PER CURIAM.

Having considered Appellant Apple Inc.'s Citation of Supplemental Authority filed pursuant to Fed. R. App. P. 28(j), ECF 101, the court finds it appropriate to request additional briefing from the parties.

IT IS ORDERED THAT:

The parties shall file supplemental briefs addressing whether the Commission's institution of a combined modification and enforcement proceeding concerning the Apple Redesign 2 Watch affects this court's review of the Limited Exclusion Order currently on appeal.

Each brief must be no more than 10 pages in length, double spaced, in 14-point typeface, and are due by December 9, 2025.

FOR THE COURT

December 1, 2025
Date

Jarrett B. Perlow
Clerk of Court