# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,**
*Intervenors*

---

2024-1285

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1276.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT



March 19, 2026
Date

Jarrett B. Perlow
Clerk of Court