

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C.  20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 13, 2026

Ronald Traud
United States International Trade
Commission
Office of the General Counsel
500 E Street SW
Washington, DC 20436

Joseph R. Re
Knobbe, Martens, Olson & Bear, LLP
14th Floor
2040 Main Street
14th Floor
Irvine, CA 92614

**Re:   Apple Inc. v. ITC – Appeal No. 24-1285**

Dear Counsel:

The court invites responses from Appellee and Intervenors to the combined petition for panel rehearing and for rehearing en banc filed by Appellant in this matter.

Please file the responses in accordance with Federal Circuit Rule 40 on or before May 27, 2026.

Very truly yours,

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk

cc: Mark D. Selwyn